1  VINCENT A. HARRINGTON, JR., Bar No. 071119
   DAVID A. ROSENFELD, Bar No. 058163
2  ERIC M. BORGERSON, Bar No.
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiff
   Service Employees International Union, Local 790

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  SERVICE EMPLOYEES INTERNATIONAL    ) No.
    UNION, LOCAL 790                   )
12                                     )      C07-02766
            Plaintiff,                 )
13                                     )
        v.                             )
14                                     )
    JOSEPH P. NORELLI, Individually, and in his  ) DECLARATION OF DAVID A.
15  capacity as Regional Director, NATIONAL      ) ROSENFELD IN SUPPORT OF
    LABOR RELATIONS BOARD, REGION 20; ) REQUEST FOR ORDER TO SHOW
16  ROBERT J. BATTISTA, Individually and in      ) CAUSE WHY PRELIMINARY
    his Capacity as Chairman and Member of the   ) INJUNCTION SHOULD NOT ISSUE
17  NATIONAL LABOR RELATIONS BOARD;  )
    PETER N. KIRSANOW, Individually, and in )
18  his Capacity as a Member, NATIONAL    )
    LABOR RELATIONS BOARD; DENNIS P.     )
19  WALSH, Individually, and in his Capacity as a )
    Member, NATIONAL LABOR RELATIONS   )
20  BOARD; WILMA B. LIEBMAN, Individually, )
    and in her Capacity as a Member of the    )
21  NATIONAL LABOR RELATIONS BOARD;  )
    PETER CARY CHAUMBER, Individually, and )
22  in his Capacity as a Member, NATIONAL   )
    LABOR RELATIONS BOARD,              )
23                                      )
                                        )
24            Defendants.               )
                                        )
25  _____)

26      I, David A. Rosenfeld, declare the following based on personal knowledge:

27      1.  I am a shareholder in the law firm of Weinberg, Roger & Rosenfeld, attorneys of record for

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF REQUEST FOR ORDER TO SHOW CAUSE
WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

1    Plaintiff Service Employees International Union Local 790 ("Local 790") in the above-captioned

2    case.

3        2.  At issue in the above-captioned case is an Order of the National Labor Relations Board

4    ("NLRB") dated March 20, 2007, in NLRB Case No. 20-UD-445, reported as *Covenant Aviation*

5    *Security, LCC and Stephen J. Burke, Petitioner and SEIU Local 790*, 349 NLRB No. 67 ("NLRB

6    Decision and Order"), attached as Exhibit 2 to the Verified Complaint for Declaratory and

7    Injunctive Relief, filed concurrently herewith.

8        3.  The NLRB Decision and Order orders an election to take place among security employees

9    in a bargaining unit represented by Local 790 and employed by Covenant Aviation Security, LLC

10   ("Covenant") under a contract with the federal Transportation Security Administration ("TSA"),

11   based on a petition to de-authorize the union security agreement contained in the Collective

12   Bargaining Agreement between Local 790 and Covenant.

13       4.  In or about May 2007, NLRB Region 20 Regional Director Joseph P. Norelli issued a

14   written notice, announcing that a secret-ballot de-authorization election would commence on June

15   4, 2007, with the mailing of ballots to members of the bargaining unit represented by Local 790.

16       5.  The election was subsequently suspended briefly due to the fact that Covenant

17   representatives were unable to produce an "Excelsior" list of bargaining unit members to the

18   NLRB because TSA opposed production of that list by Covenant on national security grounds.

19       6.  On or about May 24, 2007, I spoke with Dawn Goldstein, an attorney with the special

20   litigation unit of the office of the NLRB General Counsel.  Ms. Goldstein informed me that the

21   NLRB does not, at present, know exactly when the de-authorization election can be expected to

22   proceed due to the Excelsior list issue but that they expect the Excelsior list issue to be resolved

23   quickly and the election to proceed forthwith.

24       7.  Ms. Goldstein further informed me that the NLRB would agree to a hearing on an Order To

25   Show Cause Why Preliminary Injunction Should Not Issue either the week of May 29, 2007, or as

26   soon thereafter as the court can hear the matter, providing adequate time for service of Plaintiff's

27   moving papers and for service and filing of Defendants response and Plaintiff's reply.

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510-337-1001

- 2 -

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF REQUEST FOR ORDER TO SHOW CAUSE
WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

8.  Counsel for Plaintiff is providing copies of this Declaration and all papers filed herewith to counsel for Defendants by electronic mail at the same time as Plaintiff's counsel is filing these papers with the Court.

I declare the foregoing based on personal knowledge under penalty of perjury under the laws of the United States of America. Executed this 25th day of May, 2007, at Alameda, California.

By:  _____

DAVID A. ROSENFELD
Attorneys for Plaintiff
Service Employees International Union, Local 790

116046/458500

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 3 -

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF REQUEST FOR ORDER TO SHOW CAUSE
WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE