Clerk's Use Only

Initial for fee pd.:

Glenn M. Taubman
c/o National Right to Work Legal Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160
(Tel): 703-321-8510

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Service Employees International Union Local 790,

        Plaintiff(s),

v.

Joseph Norelli, et alia,

        Defendant(s).

CASE NO. C07-2766 PJH

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Glenn M. Taubman, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Intervenor Stephen J. Burke in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Scott A. Wilson, Esq., 711 8th Avenue, Suite C, San Diego, CA 92101
(Tel): (619) 234-9011

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 31, 2007

Glenn M. Taubman

UNITED STATES DISTRICT COURT

Northern District of California

Service Employees International Union
Local 790

CASE NO. C07-2766 PJH

Plaintiff(s),
v.

Joseph Norelli, et alia,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

_____/

Glenn M. Taubman                , an active member in good standing of the bar of

New York                whose business address and telephone number

(particular court to which applicant is admitted)

is

c/o National Right to Work Legal Foundation
8001 Braddock Road, Suite 600
Springfield, VA. 22160    (Tel): 703-321-8510                ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Intervenor Stephen J. Burke, Jr.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*


Dated: June _____, 2007

_____
United States District    Judge