**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing **Application for Admission of Attorney *Pro Hac Vice*** were deposited in the United States Mail, first class postage prepaid, and sent *via* e-mail, addressed to:

>Joseph Norelli, Regional Director
>National Labor Relations Board, Region 20
>901 Market Street, Suite 400
>San Francisco, California 94103
>E-Mail: Joseph.Norelli@nlrb.gov
>
>Anthony S. Graefe, Esq.
>Graefe & Hansen, Ltd.
>55 West Monroe Street, Suite 3550
>Chicago, Illinois 60603
>E-Mail: Graefe@ghemployerlaw.com
>
>David A. Rosenfeld, Esq.
>Vincent A. Harrington, Jr., Esq.
>Weinberg, Roger & Rosenfeld, P.C.
>1001 Marina Village Parkway, Suite 200
>Alameda, California 94501-1091
>E-Mail: DRosenfeld@unioncounsel.net; vharrington@unioncounsel.net
>
>Eric G. Moskowitz, Esq.
>Dawn Goldstein, Esq.
>National Labor Relations Board
>1099 14th Street, N. W.
>Washington, D.C. 20570
>E-Mail: Dawn.Goldstein@nlrb.gov; Eric.Moskowitz@nlrb.gov

this 31st day of May, 2007.

                                                          /s/ W. James Young

                                                          W. JAMES YOUNG