MAY-24-2007 09:24  NLRB REGION 20                                P.03/04

INTERNET
FORM NLRB-502
(3-95)

FORM EXEMPT UNDER 44 U.S.C. 3512

# UNITED STATES GOVERNMENT
# NATIONAL LABOR RELATIONS BOARD
# PETITION

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case No. 20-UD-447 | Date Filed 4/6/2007 |

**INSTRUCTIONS:** Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.

The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

**1. PURPOSE OF THIS PETITION** (If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the Employer named herein, the statement following the description of the type of petition shall not be deemed made.) (Check One)

- [ ] **RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees.
- [ ] **RM-REPRESENTATION (EMPLOYER PETITION)** - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner.
- [ ] **RD-DECERTIFICATION (REMOVAL OF REPRESENTATIVE)** - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative.
- [X] **UD-WITHDRAWAL OF UNION SHOP AUTHORITY (REMOVAL OF OBLIGATION TO PAY DUES)** - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded.
- [ ] **UC-UNIT CLARIFICATION** - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees: (Check one) [ ] In unit not previously certified. [ ] In unit previously certified in Case No. _____
- [ ] **AC-AMENDMENT OF CERTIFICATION** - Petitioner seeks amendment of certification issued in Case No. _____ Attach statement describing the specific amendment sought.

| 2. Name of Employer | Employer Representative to contact | Telephone Number |
|---|---|---|
| Covenant Aviation Security, LLC | | 650-821-2300 |
| | | Telecopier Number (Fax) 650-635-7449 |

**3. Address(es) of Establishment(s) involved** (Street and number, city, State, ZIP code)
245 South Spruce Avenue, South San Francisco, California 94080

| 4a. Type of Establishment (Factory, mine, wholesaler, etc.) | 4b. Identify principal product or service |
|---|---|
| Security | Airport Security |

**5. Unit Involved** (In UC petition, describe present bargaining unit and attach description of proposed clarification.)

Included: All full-time and regular part-time airport sceeners, airport lead screeners, baggage screeners, baggage lead screeners, baggage handlers and 9000 soecialists employed by the San Francisco International Aiport, San Francisco, Califorina.

Excluded: All other employees, office clerical employees, managerial employees and Suppervisors as defined in the Act.

| 6a. Number of Employees in Unit: | |
|---|---|
| Present 1000 | |
| Proposed (By UC/AC) | |
| 6b. Is this petition supported by 30% or more of the employees in the unit? [X] Yes [ ] No *Not applicable in RM, UC, and AC | |

(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable.)

| 7a. [ ] | Request for recognition as Bargaining Representative was made on (Date) _____ and Employer declined recognition on or about (Date) _____ (If no reply received, so state.) |
| 7b. [ ] | Petitioner is currently recognized as Bargaining Representative and desires certification under the Act. |

| 8. Name of Recognized or Certified Bargaining Agent (If none, so state.) | Affiliation |
|---|---|
| Service Employees International Union Local 1877 | Labor Union |
| Address, Telephone No. and Telecopier No. (Fax) 45 Polk Sreet, Second floor, San Francisco, CA 94102 / Phone 415-552-1303 Fax 415-552-1307 | Date of Recognition or Certification Steptember 30, 2005 |

| 9. Expiration Date of Current Contract, If any (Month, Day, Year) 01/01/2009 | 10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop (Month, Day, and Year) 01/01/2006 |
|---|---|

| 11a. Is there now a strike or picketing at the Employer's establishment(s) involved? Yes ____ No X | 11b. If so, approximately how many employees are participating? |

11c. The Employer has been picketed by or on behalf of (Insert Name) _____, a labor organization, of (Insert Address) _____ Since (Month, Day, Year) _____

**12. Organizations or Individuals other than Petitioner** (and other than those named in items 8 and 11c), which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in item 5 above. (If none, so state.)

| Name | Affiliation | Address | Date of Claim |
|---|---|---|---|
| | | | Telecopier No. (Fax) |

| 13. Full name of party filing petition (If labor organization, give full name, including local name and number) Stephen J. Burke, Jr. | |
|---|---|
| 14a. Address (street and number, city, state, and ZIP code) 3661 Fleetwood Drive, San Bruno, California 94066 | 14b. Telephone No. 650-588-1690 |
| | 14c. Telecopier No. (Fax) |

**15. Full name of national or international labor organization of which it is an affiliate or constituent unit** (to be filled in when petition is filed by a labor organization)
United Screeners Association, Local One

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

| Name (Print) Stephen J. Burke, Jr. | s/Stephen J. Burke, Jr  4/6/07 | Title (if any) Vice-President |
|---|---|---|
| Address (street and number, city, state, and ZIP code) 3661 Fleetwood Drive, San Bruno, California 94066 | | Telephone No. 650-588-1690 |
| | | Telecopier No. (Fax) |

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S

BOARD EXHIBIT 1

**ORIGINAL**

FORM NLRB-877
(4-84)

# UNITED STATES OF AMERICA
## BEFORE THE NATIONAL LABOR RELATIONS BOARD

Covenant Aviation Security, LLC     Employer

and

Stephen J. Burke, Jr.     Petitioner

and

Service Employees International Union Local 1877     Union

CASE NO.: 20-UD-447

## AFFIDAVIT OF SERVICE OF Petition and Notice of Hearing

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that I served the above-entitled document(s) by regular mail and/or facsimile upon the following persons, addressed to them at the following addresses:

Covenant Aviation Security, LLC
245 South Spruce Avenue
South San Francisco, CA 94080
F (650)635-7449

Mr. Stephen J. Burke, Jr.
Vice President
United Screeners Association, Local One
3661 Fleetwood Drive
San Bruno, CA 94066

Service Employees International Union Local 1877
45 Polk Street, 2nd Floor
San Francisco, CA 94102
F (415)552-1307

Peters Shorthand Reporting
(via facsimile)

| Subscribed and sworn to before me<br><br>this 6th day of April, 2007. | DESIGNATED AGENT<br><br>/s/ Wendell L. Choo<br><br>**NATIONAL LABOR RELATIONS BOARD** |
|---|---|

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

REGION 20

| | |
|---|---|
| Covenant Aviation Security, LLC<br>                            Employer<br>and<br>Stephen J. Burke, Jr.<br>                            Petitioner<br>and<br>Service Employees International Union,<br>Local 790<br>                            Union | Case 20-UD-445 |

and

| | |
|---|---|
| Covenant Aviation Security, LLC<br>                            Employer<br>and<br>Stephen J. Burke, Jr.<br>                            Petitioner<br>and<br>Service Employees International Union,<br>Local 1877<br>                            Union | Case 20-UD-447 |

## ORDER TO SHOW CAUSE

In conducting the investigation preparatory to direction of an election in this matter, I received a request from the Employer to conduct the vote by mail ballot. Petitioner has indicated that he too prefers a mail ballot. Service Employees International Union, Local 790 has not responded to the Region's request for its opinion about the better manner in which to conduct the election.

The Employer bases its request on a change in the size of its employee complement subsequent to earlier elections that Region 20 conducted among employees in the bargaining unit. The Employer asserts that this change will make it much more difficult for

BOARD EXHIBIT 2

employees to vote during their working hours. The Employer also noted that the earlier elections were conducted in a secure area of San Francisco International Airport (SFO) that then was essentially vacant, and that this area may no longer be available. Petitioner added that because employees work varied schedules in terms of days per week, hours per day, and start times, a mail ballot may well yield higher participation rate than a manual election.

Twice before, in Case 20-RC-17896, Region 20 conducted a manual ballot election involving employees in the bargaining unit that will vote in this matter. Each of those elections was conducted at a single location at SFO, yet required six Board agents at each of four polling sessions that lasted up to 3.5 hours in length, a total commitment of more than 100 agent-hours if one accounts for travel and related chores. This effort to span as many voters' working hours as possible nevertheless posed problems, in part because on any single day only a portion of bargaining unit employees is scheduled to work, and additionally because employees work in several separate terminals. These difficulties no doubt accounted, at least in part, for the fact that during the February 2004 election, only 74% of eligible employees cast votes, and during the May 2005 election, 62% of eligible employees voted.

In these circumstances, I am inclined to approve the preference expressed by the Employer and Petitioner for a mail ballot election in this matter, because it seems likely to overcome the difficulties that they have noted and to result in a higher participation rate by employees who are eligible to vote. ACCORDINGLY, I HEREBY ORDER that any Party hereto show written cause, with supporting documentation, as to why I should not direct that the balloting in this matter be conducted by mail. To be considered, such cause must be submitted to me by the close of business on May 8, 2007.

Dated at San Francisco, California, this 1st day of May 2007.



s/Joseph P. Norelli

Joseph P. Norelli, Regional Director
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, Ca 94103

Case 3:07-cv-02766-PJH    Document 14-2    Filed 05/31/2007    Page 5 of 12    page 2
MAY-24-2007 09:26    NLRB REGION 20
MAY 01,2007 04:06P steve burke

**Amended**

INTERNET FORM NLRB-502 (3-98)

UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

**First Amended** PETITION

DO NOT WRITE IN THIS SPACE
Case No. 20-UD-447
Date Filed 5/1/2007

INSTRUCTIONS: Submit an original and 4 copies of this Petition to the NLRB Regional Office in the Region in which the employer concerned is located. If more space is required for any one item, attach additional sheets, numbering item accordingly.

The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

1. PURPOSE OF THIS PETITION (If box RC, RM, or RD is checked and a charge under Section 8(b)(7) of the Act has been filed involving the Employer named herein, the statement following the description of the type of petition shall not be deemed made.) (Check One)

☐ RC-CERTIFICATION OF REPRESENTATIVE - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees.

☐ RM-REPRESENTATION (EMPLOYER PETITION) - One or more individuals or labor organizations have presented a claim to Petitioner to be recognized as the representative of employees of Petitioner.

☐ RD-DECERTIFICATION (REMOVAL OF REPRESENTATIVE) - A substantial number of employees assert that the certified or currently recognized bargaining representative is no longer their representative.

☒ UD-WITHDRAWAL OF UNION SHOP AUTHORITY (REMOVAL OF OBLIGATION TO PAY DUES) - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire that such authority be rescinded.

☐ UC-UNIT CLARIFICATION - A labor organization is currently recognized by Employer, but Petitioner seeks clarification of placement of certain employees: (Check one) ☐ In unit not previously certified. ☐ In unit previously certified in Case No.

☐ AC-AMENDMENT OF CERTIFICATION - Petitioner seeks amendment of certification issued in Case No. Attach statement describing the specific amendment sought.

2. Name of Employer: Covenant Aviation Security, LLC
Employer Representative to contact:
Telephone Number: 650-821-2300
Telecopier Number (Fax): 650-635-7449

3. Address(es) of Establishment(s) involved (Street and number, city, State, ZIP code): 245 South Spruce Avenue, South San Francisco, California 94080

4a. Type of Establishment (Factory, mine, wholesaler, etc.): Security
4b. Identify principal product or service: Airport Security

5. Unit involved (In UC petition, describe present bargaining unit and attached description of proposed clarification.)

Included: All full-time and regular part-time airport screeners, airport lead screeners, baggage screeners, baggage lead screeners, baggage handlers and 9000 specialists employed by the San Francisco International Airport, San Francisco, California.
Excluded: All other employees, office clerical employees, managerial employees and Supervisors as defined in the Act

6a. Number of Employees in Unit:
Present: 1000
Proposed (By UC/AC):

6b. Is this petition supported by 30% or more of the employees in the unit? ☒ Yes ☐ No
*Not applicable in RM, UC, and AC

(If you have checked box RC in 1 above, check and complete EITHER item 7a or 7b, whichever is applicable.)

7a. ☐ Request for recognition as Bargaining Representative was made on (Date) _____ and Employer declined recognition on or about (Date) _____ (If no reply received, so state.)

7b. ☐ Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

8. Name of Recognized or Certified Bargaining Agent (If none, so state.): Service Employees International Union Local 790
Affiliation: Labor Union
Address, Telephone No. and Telecopier No. (Fax):
Date of Recognition or Certification: September 30, 2005

9. Expiration Date of Current Contract, If any (Month, Day, Year): 01/01/2009

10. If you have checked box UD in 1 above, show here the date of execution of agreement granting union shop (Month, Day, and Year): 01/01/2006

11a. Is there now a strike or picketing at the Employer's establishment(s) involved? Yes ___ No X
11b. If so, approximately how many employees are participating?

11c. The Employer has been picketed by or on behalf of (Insert Name) _____, a labor organization, of (Insert Address) _____ Since (Month, Day, Year) _____

12. Organizations or individuals other than Petitioner (and other than those named in items 8 and 11c), which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in unit described in item 5 above. (If none, so state.)

| Name | Affiliation | Address | Date of Claim | Telecopier No. (Fax) |
|------|-------------|---------|---------------|----------------------|
|      |             |         |               |                      |

13. Full name of party filing petition (If labor organization, give full name, including local name and number): Stephen J. Burke, Jr.

14a. Address (street and number, city, state, and ZIP code): 3661 Fleetwood Drive, San Bruno, California 94066
14b. Telephone No.: 650-588-1690
14c. Telecopier No. (Fax):

15. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when petition is filed by a labor organization): United Screeners Association, Local One

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.
Name (Print): Stephen J. Burke, Jr.
Signature: s/Stephen J. Burke, Jr.  5/1/07
Title (if any): Vice-President
Telephone No.: 650-588-1690
Telecopier No. (Fax):
Address (street and number, city, state, and ZIP): 3661 Fleetwood Drive, San Bruno, California 94066

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

BOARD EXHIBIT 3

ORIGINAL

2 of 2

TOTAL P.04

FORM NLRB-877
(4-84)

# UNITED STATES OF AMERICA
# BEFORE THE NATIONAL LABOR RELATIONS BOARD

Covenant Aviation Security, LLC           Employer

and

Stephen J. Burke, Jr.                     Petitioner

and

Service Employees International Union Local 790     Union

CASE NO.: 20-UD-447

## AFFIDAVIT OF SERVICE OF First Amended Petition

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that I served the above-entitled document by facsimile upon the following persons:

Covenant Aviation Security, LLC
F (650)635-7449

Mr. Stephen J. Burke, Jr.
Vice President
United Screeners Association, Local One
F (650)452-1271

Glenn M. Taubmann, Esq.
National Right to Work Legal Defense
Foundation, Inc.
F (703)321-9319

Ed Warshauer
Service Employees International Union Local 790
F (415)431-6241

Anthony S. Graefe, Esq.
Graefe & Hansen, Ltd.
F (312)236-5517

William A. Sokol, Esq.
Weinberg, Roger & Rosenfeld
F (510)337-1023

| Subscribed and sworn to before me | DESIGNATED AGENT |
|---|---|
| | /s/ Wendell L. Choo |
| this 2nd day of May, 2007. | NATIONAL LABOR RELATIONS BOARD |

VINCENT A. HARRINGTON, JR., Bar No. 071119
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for SEIU Locals 790 and 1877

UNITED STATES OF AMERICA

NATIONAL LABOR RELATIONS BOARD

REGION 20

| | |
|---|---|
| Covenant Aviation Security, LLC,<br><br>    Employer,<br><br>and<br><br>Stephen J. Burke, Jr.,<br><br>    Petitioner,<br><br>and<br><br>Service Employees International Union, Local 790,<br><br>    Union. | Case No.   20-UD-445 |
| Covenant Aviation Security, LLC,<br><br>    Employer,<br><br>and<br><br>Stephen J. Burke, Jr.,<br><br>    Petitioner,<br><br>and<br><br>Service Employees International Union, Local 1877,<br><br>    Union. | Case No.   20-UD-447 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

BOARD EXHIBIT 4

1  Service Employees International Union, Local 790, and Service Employees International
2  Union, Local 1877, by counsel, hereby respond to the Board's Order to Show Cause regarding the
3  method for conduct of any election on one or more of the above-referenced de-authorization
4  petitions.
5  SEIU Locals 790 and 1877, jointly, take the position that the Labor Board is proceeding
6  unlawfully, and in excess of its authority by conducting any election on either of these petitions,
7  for all the reasons set forth by the Regional Director in his March 23, 2006 decision dismissing the
8  petition filed in Case No. 20-UD-445. In light of the fact that the Board is proceeding in excess of
9  its authority, and in violation of the National Labor Relations Act, SEIU Local 790 and 1877
10 decline to respond to the Order to Show Cause:
11 Dated: May 8, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

s/Vincent A. Harrington, Jr.
By: _____
VINCENT A. HARRINGTON, JR.
Attorneys for SEIU Locals 790 and 1877

112079/456904

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

# PROOF OF SERVICE
## (C.C.P. § 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 9, 2007, I served upon the following parties in this action:

Anthony S. Graefe
Graefe & Hansen, Ltd.
55 West Monroe Street, Suite 3550
Chicago, IL 60603

Stephen Burke
3661 Fleetwood Drive
San Bruno, CA 94066

Covenant Aviation Security, LLC
245 South Spruce Avenue
South San Francisco, CA 94080

copies of the document(s) described as:

**Response to Order to Show Cause**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on May 9, 2007.

s/Mary Piro

Mary Piro

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -



**NATIONAL LABOR RELATIONS BOARD**

**Region 20**

901 Market Street, Suite 400
San Francisco, California 94103

Telephone: 415/356-5152
FAX: 415/356-5156
Website: www.nlrb.gov

May 9, 2007

Covenant Aviation Security LLC
245 South Spruce Avenue
South San Francisco, CA 94080-4520

Anthony S. Graefe, Esq.
Graefe & Hansen, Ltd.
55 West Monroe, Suite 3550
Chicago, IL 60603

Mr. Stephen J. Burke, Jr.
3661 Fleetwood Drive
San Bruno, CA 94066

Jeff Michaelson, Representative
3661 Fleetwood Drive
San Bruno, CA 94066

Ed Warshauer, Business Representative
Service Employees International Union, Local 790
1390 Market Street, Suite 118
San Francisco, CA 94102

Vincent A. Harrington, Esq.
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Ste. 200
Alameda, CA 94501

Re: Covenant Aviation Security, LLC
    Case 20-UD-447

Gentlepersons:

On the basis of Region 20's investigation in the above-referenced matter, it appears appropriate now to conduct a secret-ballot election to determine whether bargaining unit employees of the Employer, Covenant Aviation Security, LLC, wish to withdraw the authority of Service Employees International Union, Local 790, under its agreement with Covenant, to require that employees make certain lawful payments to the Union in order to retain their jobs.

Accordingly, pursuant to Section 9(e)(1) of the National Labor Relations Act, as amended, and Section 102.85 of the Board's *Rules and Regulations*, Region 20 will conduct an election by secret ballot as described in the Notice of Election enclosed with this letter. I have decided that the voting will be conducted by mail for the following reasons.

The Employer advised that there has been a significant change in the size of its employee complement subsequent to earlier elections that Region 20 conducted among employees in the bargaining unit. The Employer asserted that this change would make it much more difficult for employees to vote during their working hours. The Employer also noted that the earlier elections were conducted in a secure area of San Francisco International Airport (SFO) that then was essentially vacant, and that this area may no longer be available. Petitioner added that because employees work varied schedules in terms of days per week, hours per day, and start times, a mail ballot might well yield higher participation rate than a manual election.

BOARD EXHIBIT 5

Twice before, in Case 20-RC-17896, Region 20 conducted a manual ballot election involving employees in the bargaining unit that will vote in this matter. Each of those elections was conducted at a single location at SFO, yet required six Board agents at each of four polling sessions that lasted up to 3.5 hours in length, a total commitment of more than 100 agent-hours if one accounts for travel and related chores. This effort to span as many voters' working hours as possible nevertheless posed problems, in part because on any single day only a portion of bargaining unit employees is scheduled to work, and additionally because employees work in several separate terminals. These difficulties no doubt accounted, at least in part, for the fact that during the February 2004 election, only 74% of eligible employees cast votes, and during the May 2005 election, 62% of eligible employees voted.

A mail ballot seems likely to overcome the difficulties noted above, and hence to result in a higher participation rate by employees who are eligible to vote. The Employer absolutely favors a mail ballot. Petitioner indicated that unless polling sessions were scheduled over at least three days, a feat that would prove daunting for some of the aforementioned reasons, he prefers a mail to a manual ballot. Although asked for its opinion on this question by means of an *Order to Show Cause*, SEIU Local 790 submitted no position. Accordingly, I have determined that because it seems likely to result in a higher voter participation rate, to prove less disruptive to the Employer's operation at SFO and to employees' work schedules, and to conserve resources, this election will be conducted by mail.

In order to ensure that eligible voters who exercise their statutory right to vote may have an opportunity to be informed about related issues, all parties to the election must have access to a list of such voters and their addresses. *Excelsior Underwear, Inc.*, 156 NLRB 1236; *NLRB v. Wyman-Gordon Co.*, 394 U.S. 759. Accordingly, I direct the Employer to submit to me by **May 16, 2007**, a clearly legible list that sets forth the names and addresses of all eligible voters. I shall, in turn, make that list available to the other parties to the election. No extension of time to file this list may be granted except in extraordinary circumstances. Failure to comply with this requirement shall provide the ground to set aside the election if a proper objection is timely filed. The Employer should alphabetize the names of the eligible voters, and if at all possible should submit mailing labels for the employees whom it lists.

The Employer must post the enclosed Notice of Election in a conspicuous place or places that are easily accessible to the employees involved. Pursuant to Section 103.20 of the Board's *Rules and Regulations*, the Employer must post the Notice at least **three (3) full working days** prior to 12:01 a.m. on the day of the election. In this matter, because ballots will be mailed on Monday, June 4, 2007, and the Board has defined working days to exclude Saturdays, Sundays and holidays, the Employer must post the Notice no later than Tuesday, May 29, 2007.

If you have any questions, please contact this Regional Office at the telephone number above.

Very truly yours,

s/Joseph P. Norelli

Joseph P. Norelli
Regional Director

Enclosures: Affidavit of Posting and 20 Notices of Election

## INSTRUCTIONS TO ELIGIBLE EMPLOYEES VOTING BY UNITED STATES MAIL

Union:   Service Employees International Union, Local 790

Case 20-UD-447

### VOTING UNIT

**ELIGIBLE TO VOTE:**
All full-time and regular part-time Baggage Handlers, Screeners, Lead Screeners, CTX Operators, CTX 9000 Specialists, and CTX Leads employed by the Employer at San Francisco International Airport (SFO), San Francisco, California, during the payroll period ending May 4, 2007.

**NOT ELIGIBLE TO VOTE:**
All other employees, office clerical employees, managerial employees, and supervisors as defined by the Act.

### TIME AND PLACE OF ELECTION

The election will be conducted by U.S. Mail for all eligible voters, under the direction and supervision of the Regional Director. The ballots will be mailed from the Regional Office on June 4, 2007, and must be received back in this Regional Office of the National Labor Relations Board by no later than 5:00 p.m. on June 18, 2007.

If you believe that you are an eligible voter and do not receive a ballot in the mail by June 7, 2007, communicate immediately with the Regional Director, 901 Market Street, Suite 400, San Francisco, California, (415) 356-5188.

The ballots will be commingled and counted at 10:00 a.m. on June 19, 2007, in the Regional Office, Courtroom A, 901 Market Street, Suite 400, San Francisco, California.

---

**UNITED STATES OF AMERICA**
National Labor Relations Board

# OFFICIAL SECRET BALLOT

For certain employees of

COVENANT AVIATION SECURITY, LLC

Do you wish to withdraw the authority of your bargaining representative to require, under its agreement with the Employer, that employees make certain lawful payments to the Union in order to retain their jobs?

**MARK AN "X" IN THE SQUARE OF YOUR CHOICE**

| YES | NO |
|---|---|
| ☐ | ☐ |

DO NOT SIGN THIS BALLOT. Fold and drop in ballot box.
If you spoil this ballot return it to the Board Agent for a new one.