ERIC G. MOSKOWITZ
NANCY E.K PLATT
DAWN L. GOLDSTEIN
National Labor Relations Board
1099 14th Street, NW, Suite 8600
Washington, DC  20570
Telephone:  202 273-2930
Facsimile:  202 273-1799
Email:  Eric.Moskowitz@nlrb.gov
Email:  Nancy.Platt@nlrb.gov
Email:  Dawn.Goldstein@nlrb.gov

OLIVIA GARCIA
KATHLEEN C. SCHNEIDER, No. 174058
NLRB, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103-1735
Telephone:  415 356-5130
Facsimile:  415 356-5156
Email:  Olivia.Garcia@nlrb.gov
Email:  Kathleen.Schneider@nlrb.gov

Counsel for Defendants Norelli, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, Local 790, <br><br>                    Plaintiff, <br><br>          v. <br><br> JOSEPH NORELLI, Regional Director of National Labor Relations Board Region, 20, et al., <br><br>                    Defendants. | Civil Action No. 07-2766 PJH |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorneys hereby enter an appearance on the behalf of the National Labor Relations Board, an agency of the United States Government,

and a defendant in the above-entitled case.

                                       Respectfully submitted,

                                       ERIC G. MOSKOWITZ
                                       Assistant General Counsel
                                       National Labor Relations Board
                                       Special Litigation Branch
                                       1099 14th Street, NW
                                       Washington, DC 20570
                                       Tel: (202) 273-2930
                                       Fax: (202) 273-1799

                                       s/Nancy E. Kessler Platt
                                       NANCY E. KESSLER PLATT
                                       Supervisory Attorney

                                       DAWN L. GOLDSTEIN
                                       Senior Attorney
                                       Tel: (202) 273-2936

                                       OLIVIA GARCIA
                                       Regional Attorney
                                       National Labor Relations Board – Region 20
                                       901 Market Street, Suite 400
                                       San Francisco, CA  94103
                                       Tel:  (415) 356-5151
                                       Fax:  (415) 356-5156

                                       KATHLEEN C. SCHNEIDER No. 174058
Dated:  May 31, 2007                  Attorney – Region 20
      Washington, DC                     Tel: (415) 356-5157