W. JAMES YOUNG, Esq.
GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
c/o National Right to Work Legal
     Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510
FACSIMILE — (703) 321-9319

SCOTT A. WILSON, Esq.
California Bar No. 073187
711 8th Avenue, Suite C
San Diego, California 92101
(619) 234-9011
Facsimile — (619) 234-5853

ATTORNEYS FOR PROSPECTIVE DEFENDANT-INTERVENOR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 790,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH P. NORELLI, Individually, and in his capacity as REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, REGION 20; *et al.*,<br><br>    Defendants. | CASE NO. C07-2766 JL<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT-INTERVENOR STEPHEN J. BURKE** |

    Please enter the appearance of Scott A. Wilson, W. James Young, and Glenn M. Taubman[1] as counsel for Stephen J. Burke, prospective Defendant-Intervenor,[2] in the above-referenced

---

[1] Motion for Admission *Pro Hac Vice* filed simultaneously.

[2] Motion filed simultaneously.

**NOTICE OF APEARANCE — Case No. 3:07-cv-2766-PJH**    PAGE - 1

1 action.

2

3 DATED: 31 May 2007

4                                               Respectfully submitted,

5                                               /s/ W. James Young

6                                               W. JAMES YOUNG, Esq.
GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
7 c/o National Right to Work Legal
      Defense Foundation, Inc.
8 8001 Braddock Road, Suite 600
Springfield, Virginia 22160
9 (703) 321-8510
Facsimile — (703) 321-9319

10

11 SCOTT A. WILSON, Esq.
California Bar No. 073187
12 711 8th Avenue, Suite C
San Diego, California 92101
13 (619) 234-9011
Facsimile — (619) 234-5853

14 ATTORNEYS FOR PROSPECTIVE DEFENDANT-INTERVENOR

15

16

17                                                                  F:\Burke.CA\NotApp.wpd
18                                                    Thursday, 31 May 2007, 21:31:32 PM

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing **Notice of Appearance on Behalf of Prospective Defendant-Intervenor Stephen J. Burke, Jr.,** were deposited in the United States Mail, first class postage prepaid, and sent *via* e-mail, addressed to:

Joseph Norelli, Regional Director
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103
E-Mail: Joseph.Norelli@nlrb.gov

Anthony S. Graefe, Esq.
Graefe & Hansen, Ltd.
55 West Monroe Street, Suite 3550
Chicago, Illinois 60603
E-Mail: Graefe@ghemployerlaw.com

David A. Rosenfeld, Esq.
Vincent A. Harrington, Jr., Esq.
Weinberg, Roger & Rosenfeld, P.C.
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
E-Mail: DRosenfeld@unioncounsel.net; vharrington@unioncounsel.net

Eric G. Moskowitz, Esq.
Dawn Goldstein, Esq.
National Labor Relations Board
1099 14th Street, N. W.
Washington, D.C. 20570
E-Mail: Dawn.Goldstein@nlrb.gov; Eric.Moskowitz@nlrb.gov

this 31st day of May, 2007.

      /s/ W. James Young

      W. JAMES YOUNG