VINCENT A. HARRINGTON, JR., Bar No. 071119
DAVID A. ROSENFELD, Bar No. 058163
ERIC M. BORGERSON, Bar No.
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff
Service Employees International Union, Local 790

RECEIVED
MAY 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 790,

Plaintiff,

v.

JOSEPH P. NORELLI, Individually, and in his capacity as Regional Director, NATIONAL LABOR RELATIONS BOARD, REGION 20; ROBERT J. BATTISTA, Individually and in his Capacity as Chairman and Member of the NATIONAL LABOR RELATIONS BOARD; PETER N. KIRSANOW, Individually, and in his Capacity as a Member, NATIONAL LABOR RELATIONS BOARD; DENNIS P. WALSH, Individually, and in his Capacity as a Member, NATIONAL LABOR RELATIONS BOARD; WILMA B. LIEBMAN, Individually, and in her Capacity as a Member of the NATIONAL LABOR RELATIONS BOARD; PETER CARY CHAUMBER, Individually, and in his Capacity as a Member, NATIONAL LABOR RELATIONS BOARD,

Defendants.

No. C07-02766 PJH JL

**ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOUD NOT ISSUE**

To DEFENDANTS JOSEPH P. NORELLI, Regional Director, NATIONAL LABOR RELATIONS BOARD (hereinafter "NLRB"), REGION 20; ROBERT J. BATTISTA, Chairman and Member of the NLRB; PETER N. KIRSANOW, Member of the NLRB; DENNIS P. WALSH, Member of the NLRB; WILMA B. LIEBMAN, Member of the NLRB; PETER CARY

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

1  SHAUMBER, Member of the NLRB, and their attorney(s), you are hereby ORDERED TO SHOW
2  CAUSE on _June 27, 2007_ at _9:00 a.m._ or as soon thereafter as counsel may be
3  heard in the courtroom of the Honorable _Phyllis J. Hamilton_ of the above
4  entitled Court, why this Court should not issue a PRELIMINARY INJUNCTION effective
5  ~~_____~~, barring restraining and enjoining you, your officers, agents, servants,
6  employees and attorneys and those in active concert or participation with you or them pending trial
7  of this action from: taking any action to conduct a de-authorization election among security
8  employees in the bargaining unit represented by PLAINTIFF SERVICE EMPLOYEES
9  INTERNATIONAL UNION, LOCAL 790 and employed by Covenant Aviation Security LLC,
10 pursuant to the Decision and Order of the NLRB dated March 20, 2007, in NLRB Case No. 20-
11 UD-445, reported as *Covenant Aviation Security, LCC and Stephen J. Burke, Petitioner and SEIU*
12 *Local 790*, 349 NLRB No. 67.

   This Order to Show Cause, Plaintiff's Verified Complaint for Declaratory and Injunctive
14 Relief; Motion for Preliminary Injunction; supporting Memorandum of Points and Authorities;
15 supporting Declaration of David Rosenfeld; supporting Declaration of Jamie Thompson, and
16 Proposed Order Granting Preliminary Injunction shall be served on Defendants, through their
17 counsel, on or before _June 6, 2007_ and a proof of service shall be filed with
18 this Court on or before _June 6, 2007_.

19 Defendants' memorandum of points and authorities and any other papers in opposition to
20 Plaintiff's moving papers shall be served and filed on or before ~~_____~~
21 ~~_____~~ and a proof of service shall be filed on or before ~~_____~~.

22 Plaintiff's memorandum of points and authorities and any other papers in reply shall be
23 served and filed on or before _June 13, 2007_ and a proof of service filed with this
24 Court on or before _June 13, 2007_.
25 It is SO ORDERED, this _1st_ day of _June_, 2007.

                                   _____
                                   Judge, U.S. District Court,
                                   Northern District of California

28 116046/458482

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -
ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE