1  W. JAMES YOUNG, Esq.
   GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
2  c/o National Right to Work Legal
             Defense Foundation, Inc.
3  8001 Braddock Road, Suite 600
   Springfield, Virginia  22160
4  (703) 321-8510
   FACSIMILE — (703) 321-9319
5
   SCOTT A. WILSON, Esq.
6  California Bar No. 073187
   711 8th Avenue, Suite C
7  San Diego, California 92101
   (619) 234-9011
8  FACSIMILE — (619) 234-5853

9  ATTORNEYS FOR PROSPECTIVE DEFENDANT-INTERVENOR

10 _____

11                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 SERVICE EMPLOYEES INTERNATIONAL UNION,        CASE NO. 3:07-cv-2766 PJH
   LOCAL 790,
14                                               **PROSPECTIVE DEFENDANT-**
15       Plaintiff,                              **INTERVENOR'S MOTION TO**
                                                 **SHORTEN TIME AND SET HEARING**
16 v.                                            **ON HIS MOTION FOR LEAVE TO**
                                                 **INTERVENE**
17 JOSEPH P. NORELLI, Individually, and in his
   capacity as REGIONAL DIRECTOR, NATIONAL       **HEARING DATE:**
18 LABOR RELATIONS BOARD, REGION 20; *et al.*,   **TIME:**
                                                 **COURTROOM OF JUDGE HAMILTON,**
19       Defendants.                             **COURTROOM 3, 17TH FLOOR**

20

21        COMES NOW Prospective Defendant-Intervenor Stephen J. Burke, Jr. ("Burke"), by his

22 undersigned counsel, and, pursuant to Local Rule 6-3, N.D.CAL., hereby moves the Court for an Order

23 shortening the time for response and hearing on his Motion for Leave to Intervene (Clerk's Docket No.

24 11), as follows:

25        1.        The reasons for Burke's instant Motion is the Court's determination to issue an Order to

26 Show Cause (Clerk's Docket No. 18), setting hearing on Plaintiff's Motion for a Preliminary

27 Injunction (Clerk's Docket No 2) for Wednesday, 27 June 2007, at 9:00 a.m.  For the reasons set forth

28 in his Motion (Clerk's Docket No. 11), Burke seeks to participate in all proceedings in this case,

1    including argument on Plaintiff's Motion for a Preliminary Injunction.  Had Plaintiff's Motion been

2    heard in the normal course of things, it could not have been heard before Wednesday, 11 July 2007, the

3    date originally set for hearing on Burke's Motion for Leave to Intervene.  Furthermore, it will serve the

4    interests of judicial economy and the economy of the parties (particularly Burke, whose lead counsel is

5    on the East Coast) to have the Motion for Leave to Intervene heard contemporaneously with the

6    Motion for a Preliminary Injunction.

7    　　　　2.    Plaintiff's counsel, Eric M. Borgerson, attempted to contact Burke's undersigned

8    counsel ("Young") telephonically at approximately 2:30 p.m., P.D.T. (5:30 p.m., E.D.T.), on Thursday,

9    31 May 2007, to discuss scheduling on the Motion for a Preliminary Injunction.  As it was after

10   business hours on the East Coast, Young had left for the day, and Mr. Borgerson left a detailed voice

11   message.  As Young was preparing a responsive e-mail, Mr. Borgerson called at approximately 10:15

12   a.m., E.D.T. (7:15 a.m., P.D.T.) to discuss the matter.  While no accord was reached, Young responded

13   *via* e-mail at 10:28 a.m., E.D.T., suggesting, *inter alia*, that — if hearing on the Motion for a

14   Preliminary Injunction were set for hearing on 27 June, as suggested by Mr. Borgerson — hearing on

15   the Motion for Leave to Intervene should be set for the same date, and suggesting an expedited briefing

16   schedule with Plaintiff's Opposition (if any) be filed on 13 June, and that Burke's Reply (if any) be

17   filed on 20 June.  Courtesy copies of the e-mail were forwarded to Defendants' counsel, who had

18   previously consented to Burke's intervention (Clerk's Docket No. 11 at 3)..  As of this writing,

19   Plaintiff's counsel has not responded to the request.

20   　　　　3.    As noted in his Opposition to the Motion for a Preliminary Injunction (Clerk's Docket

21   No. 17) at 2, Prospective Defendant-Intervenor's instant action as frivolous and vexatious.  However,

22   while he is fully confident that the Defendants will adequately and competently vindicate their

23   institutional interests, Burke seeks to participate fully in these proceedings.  If his Motion for Leave to

24   Intervene is not granted, Burke may not be able to participate in hearing on the Motion for a

25   Preliminary Injunction.   Furthermore, if Burke's Motion is not heard until its scheduled hearing date

26   (11 July), his counsel will be burdened with additional transcontinental travel and expense.

27   　　　　4.    Burke requests leave to intervene in the action as a Defendant to defend the National

28   Labor Relations Board's decision to grant him the deauthorization election that he has long sought.

1  Defendants have stated that they do not oppose his Motion to Intervene.  In contrast, Local 790's

2  attorney, David Rosenfeld, informed Burke's co-counsel, Glenn M. Taubman, that his client opposes

3  intervention, even though Taubman was served with all of the union's papers (presumably because the

4  union recognized that Burke has a direct and substantial interest in the outcome of this case).

5          5.      No previous time modifications have been sought regarding Burke's Motion for Leave

6  to Intervene.  The Court's Order to Show Cause (Clerk's Docket No. 18) effectively shortens the time

7  for hearing on Plaintiff's Motion for a Preliminary Injunction (Clerk's Docket No. 2) which, if

8  scheduled pursuant to Local Rules, could not have been heard before Wednesday, 11 July 2007, the

9  date originally set for hearing on Burke's Motion for Leave to Intervene.

10          6.      Since this case was reassigned, the Court has not yet issued a Scheduling Order.  The

11  requested time modification would therefore have no effect on the schedule for this case.

12          WHEREFORE, Prospective Defendant-Intervenor Stephen J. Burke, Jr., respectfully requests

13  that the Court issue an Order advancing the date for hearing on his Motion for Leave to Intervene to

14  Wednesday, 27 July 2007, at 9:00 a.m., and requiring that Plaintiff's Opposition be filed not later than

15  13 June 2007, and that Burke's Reply be filed not later than 20 June 2007.

16  DATED: 1 June 2007

17

18                                              Respectfully submitted,

19                                              /s/ W. James Young

20                                              W. JAMES YOUNG, Esq.
                                                GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
21                                              c/o National Right to Work Legal
                                                        Defense Foundation, Inc.
22                                              8001 Braddock Road, Suite 600
                                                Springfield, Virginia  22160
23                                              (703) 321-8510
                                                FACSIMILE — (703) 321-9319
24
                                                SCOTT A. WILSON, Esq.
25                                              California Bar No. 073187
                                                711 8th Avenue, Suite C
26                                              San Diego, California 92101
                                                (619) 234-9011
27                                              FACSIMILE — (619) 234-5853

28                                              ATTORNEYS FOR PROSPECTIVE DEFENDANT-
                                                INTERVENOR

1

**CERTIFICATE OF SERVICE**

2     I, W. James Young, counsel for Prospective Defendant-Intervenor, hereby certify that I

3 electronically filed with the Clerk of Court the foregoing **Prospective Defendant-Intervenor's**

4 **Motion to Shorten Time and Set Hearing on His Motion for Leave to Intervene,** using the

5 CM/ECF system which will send notification of such filing to Defendants' counsel, this 1st day of

6 June, 2007.

7

8                                         _____/s/ W. James Young_____

9                                         W. JAMES YOUNG

10

11

12

13     C:\Documents and Settings\W. James Young\My Documents\Legal Documents\California Cases\Burke.CA\Intervention\ShortenTime.mot.wpd

       Friday, 1 June  2007, 18:55:10 PM

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28