W. JAMES YOUNG, Esq.
GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
(703) 321-8510
FACSIMILE — (703) 321-9319

SCOTT A. WILSON, Esq.
California Bar No. 073187
711 8th Avenue, Suite C
San Diego, California 92101
(619) 234-9011
FACSIMILE — (619) 234-5853

ATTORNEYS FOR PROSPECTIVE DEFENDANT-INTERVENOR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 790,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH P. NORELLI, Individually, and in his capacity as REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, REGION 20; *et al.*,<br><br>    Defendants. | CASE NO. 3:07-cv-2766 PJH<br><br>[PROPOSED] ORDER SHORTENING TIME AND SETTING HEARING ON PROSPECTIVE DEFENDANT-INTERVENOR'S MOTION FOR LEAVE TO INTERVENE<br><br>HEARING DATE:<br>TIME:<br>COURTROOM OF JUDGE HAMILTON, COURTROOM 3, 17TH FLOOR |

This matter came before the Court on Prospective Defendant-Intervenor Stephen J. Burke, Jr.'s ("Burke") Motion, pursuant to Local Rule 6-3, N.D.CAL., for an Order shortening the time for response and hearing on his Motion for Leave to Intervene (Clerk's Docket No. 11).

The Court being fulling informed, and for good cause shown, it is hereby ordered that the Motion is GRANTED.  Hearing on Prospective Defendant-Intervenor Stephen J. Burke, Jr.'s ("Burke") Motion for Leave to Intervene (Clerk's Docket No. 11), is hereby set for hearing on Wednesday, 27 June 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Phyllis J. Hamilton, Courtroom 3, 17th Floor of the United States District Court for

1   the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA., 94102.

2   As Defendants have consented to the aforesaid Motion, Plaintiff's memorandum of points and

3   authorities in opposition shall be served and filed not later than ____ June 2007, and a proof of service

4   filed with this Court on or before ___ June 2007.  Prospective Defendant-Intervenor's memorandum of

5   points and authorities and any other papers in reply shall be served and filed not later than ____ June

6   2007, and a proof of service filed with this Court on or before ___ June 2007.

7        IT IS SO ORDERED, this ____ day of June, 2007.

                                                                             _____

                                                                             Hon. Phyllis J. Hamilton
                                                                             United States District Judge

C:\Documents and Settings\W. James Young\My Documents\Legal Documents\California Cases\Burke.CA\Intervention\ShortenTimeOrd.prp.wpd
Friday, 1 June  2007, 19:00:41 PM

# CERTIFICATE OF SERVICE

I, W. James Young, counsel for Prospective Defendant-Intervenor, hereby certify that I electronically filed with the Clerk of Court the foregoing **[Proposed] Order Granting Prospective Defendant-Intervenor's Motion to Shorten Time and Set Hearing on His Motion for Leave to Intervene,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 1st day of June, 2007.

                                         /s/ W. James Young
                                         W. JAMES YOUNG