ERIC G. MOSKOWITZ
NANCY E. KESSLER PLATT
DAWN L. GOLDSTEIN
National Labor Relations Board
1099 14th Street, NW, Suite 8600
Washington, DC  20570
Telephone:  202 273-2930
Facsimile:  202 273-1799
Email:  Eric.Moskowitz@nlrb.gov
Email:  Nancy.Platt@nlrb.gov
Email:  Dawn.Goldstein@nlrb.gov

OLIVIA GARCIA
KATHLEEN C. SCHNEIDER, Bar No. 174058
NLRB, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103-1735
Telephone:  415 356-5130
Facsimile:  415 356-5156
Email:  Olivia.Garcia@nlrb.gov
Email:  Kathleen.Schneider@nlrb.gov

Counsel for Defendants Norelli, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, Local 790, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH NORELLI, Regional Director of National Labor Relations Board, Region 20, et al., <br><br> Defendants. | [PROPOSED] ORDER DISMISSING COMPLAINT <br><br> No. 07-cv-02766-PJH |

The Motion to Dismiss Complaint came on for hearing before this Court on June 27, 2007. Having considered all papers filed in support of and in opposition to the motion, the authorities submitted by all parties, and all other matters presented, this case is hereby dismissed for lack of subject matter jurisdiction, with prejudice.

IT IS SO ORDERED.

Dated: _____                    _____
                                            Hon. Phyllis J. Hamilton
                                            United States District Judge