ERIC G. MOSKOWITZ
NANCY E. KESSLER PLATT
DAWN L. GOLDSTEIN
National Labor Relations Board
1099 14th Street, NW, Suite 8600
Washington, DC  20570
Telephone:  202 273-2930
Facsimile:  202 273-1799
Email:  Eric.Moskowitz@nlrb.gov
Email:  Nancy.Platt@nlrb.gov
Email:  Dawn.Goldstein@nlrb.gov

OLIVIA GARCIA
KATHLEEN C. SCHNEIDER, Bar No. 174058
NLRB, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103-1735
Telephone:  415 356-5130
Facsimile:  415 356-5156
Email:  Olivia.Garcia@nlrb.gov
Email:  Kathleen.Schneider@nlrb.gov

Counsel for Defendants Norelli, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, Local 790,<br><br>                    Plaintiff,<br><br>           v.<br><br>JOSEPH NORELLI, Regional Director of National Labor Relations Board, Region 20, et al.,<br><br>                    Defendants. | [PROPOSED] ORDER SHORTENING TIME AND SETTING HEARING FOR MOTION TO DISMISS<br><br>No. 07-cv-02766-PJH<br><br>Date: June 27, 2007<br><br>Time: 9:00 A.M.<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>Courtroom: #3, 17th Floor |

Plaintiff Service Employees International Union, Local 790, and Defendants Joseph Norelli, Regional Director for Region 20 of the National Labor Relations Board and the individual Members of the National Labor Relations Board (collectively, "the Board" or "the NLRB"), by and through their respective undersigned counsel, pursuant to Local Rule 6-2, N.D.Cal., hereby STIPULATE AND AGREE as follows:

1. This Court has issued an Order to Show Cause regarding Plaintiff's Motion for a Preliminary Injunction, and set a hearing on that Motion for June 27, 2007, at 9:00 a.m (Docket No. 18). The Board has opposed Plaintiff's Motion for Preliminary Injunction on grounds of lack of subject matter jurisdiction (Docket No. 14). For this same reason - lack of jurisdiction - the Board is filing the accompanying Motion to Dismiss Complaint. Thus, it will serve the interests of judicial economy and the economy of the parties (particularly the Board, whose lead counsel is in Washington, D.C.) to have the Motion to Dismiss heard at the same time as the Motion for Preliminary Injunction.

2. Plaintiff's Opposition to the Board's Motion to Dismiss will be filed by June 13, 2007, and the NLRB's Reply will be filed by June 20, 2007.

3. One previous time modification has been sought in this case. Proposed Intervenor Stephen J. Burke, Jr., has filed a Motion to Shorten Time (Docket No. 19), in order that his intervention motion may also be heard on June 27, 2007. Proposed Intervenor Burke has also agreed to the briefing and hearing dates set out in this stipulation.

4. The Court has issued an order setting the case management conference for September 6, 2007 (Docket No. 21). The requested time modification would therefore have no effect on the schedule for this case.

| | |
|---|---|
| /s/ David A. Rosenfeld<br>VINCENT A. HARRINGTON, JR., Bar No. 071119<br>DAVID A. ROSENFELD, Bar No. 058163<br>ERIC M. BORGERSON, Bar No. 177943<br>WEINBERG, ROGER & ROSENFELD<br>1001 Marina Village Parkway, Ste. 200<br>Alameda, CA  94501-1091<br>Tel: (510) 337-1001<br>Fax: (510) 337-1023<br><br>Counsel for Plaintiff SEIU, Local 790<br><br>Dated:  June 6, 2007 | ERIC G. MOSKOWITZ<br>Assistant General Counsel<br>National Labor Relations Board<br>Special Litigation Branch<br>1099 14th Street, NW<br>Washington, DC 20570<br>Tel: (202) 273-2930<br>Fax: (202) 273-1799<br><br>/s/Nancy E. Kessler Platt<br>NANCY E. KESSLER PLATT<br>Supervisory Attorney<br><br>DAWN L. GOLDSTEIN<br>Senior Attorney<br>Tel: (202) 273-2936<br><br>OLIVIA GARCIA<br>Regional Attorney<br>National Labor Relations Board – Region 20<br>901 Market Street, Suite 400<br>San Francisco, CA  94103<br>Tel:  (415) 356-5151<br>Fax:  (415) 356-5156<br><br>KATHLEEN C. SCHNEIDER No. 174058<br>Attorney – Region 20<br>Tel: (415) 356-5157<br><br>Counsel for Defendants Norelli, et al.<br><br>Dated:  June 6, 2007 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Phyllis J. Hamilton
United States District Judge

3

[PROPOSED] ORDER SHORTENING TIME AND SETTING HEARING FOR MOTION TO DISMISS – NO. 07-cv-02766-PJH