W. JAMES YOUNG, Esq.
GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
(703) 321-8510
FACSIMILE — (703) 321-9319

SCOTT A. WILSON, Esq.
California Bar No. 073187
711 8th Avenue, Suite C
San Diego, California 92101
(619) 234-9011
FACSIMILE — (619) 234-5853

ATTORNEYS FOR DEFENDANT-INTERVENOR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 790,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH P. NORELLI, Individually, and in his capacity as REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, REGION 20; *et al.*,<br><br>    Defendants,<br><br>and<br><br>STEPHEN J. BURKE, JR.,<br><br>    Defendant-Intervenor. | CASE NO. 3:07-cv-2766 PJH<br><br>**[PROPOSED] ORDER DISMISSING COMPLAINT**<br><br>**HEARING DATE:** Wednesday, 27 June 2007<br>**TIME:** 9:00 a.m.<br>**COURTROOM OF JUDGE HAMILTON, COURTROOM 3, 17TH FLOOR** |

   The Motion to Dismiss Complaint came on for hearing before this Court on 27 June 2007. Having considered all papers filed in support of and in opposition to the motion, the authorities submitted by all parties, and all other matters presented, this case is hereby dismissed for lack of

1 subject matter jurisdiction, with prejudice.

2     IT IS SO ORDERED.

3 DATED: _____2007

                                         _____

                                         Hon. Phyllis J. Hamilton
                                         United States District Judge

                                                     F:\Burke.CA\Dismiss\Order.prp.wpd
                                             Wednesday, 6 June 2007, 20:59:8 PM

**CERTIFICATE OF SERVICE**

I, W. James Young, counsel for Prospective Defendant-Intervenor, hereby certify that I electronically filed with the Clerk of Court the foregoing **[Proposed] Order Granting Motion To Dismiss Complaint,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 6th day of June, 2007.

          /s/ W. James Young
          W. JAMES YOUNG