W. JAMES YOUNG, Esq.
GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
c/o National Right to Work Legal
     Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510
FACSIMILE — (703) 321-9319

SCOTT A. WILSON, Esq.
California Bar No. 073187
711 8th Avenue, Suite C
San Diego, California 92101
(619) 234-9011
FACSIMILE — (619) 234-5853

ATTORNEYS FOR PROSPECTIVE DEFENDANT-INTERVENOR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 790,<br><br>     Plaintiff,<br><br>v.<br><br>JOSEPH P. NORELLI, Individually, and in his capacity as REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, REGION 20; *et al.*,<br><br>     Defendants. | CASE NO. 3:07-cv-2766 PJH<br><br>**PROSPECTIVE DEFENDANT-INTERVENOR'S MOTION TO SHORTEN TIME AND SET HEARING ON HIS MOTION TO DISMISS COMPLAINT**<br><br>**HEARING DATE:**<br>**TIME:**<br>**COURTROOM OF JUDGE HAMILTON, COURTROOM 3, 17TH FLOOR** |

     COMES NOW Prospective Defendant-Intervenor Stephen J. Burke, Jr. ("Burke"), by his undersigned counsel, and, pursuant to Local Rule 6-3, N.D.CAL., hereby moves the Court for an Order shortening the time for response and hearing on his Motion to Dismiss Complaint (Clerk's Docket No. 26), as follows:

     1.    The reasons for Burke's instant Motion is the Court's issuance of an Order to Show Cause (Clerk's Docket No. 18), setting hearing on Plaintiff's Motion for a Preliminary Injunction (Clerk's Docket No 2) for Wednesday, 27 June 2007, at 9:00 a.m.  For the reasons set forth in his Motion to Intervene (Clerk's Docket No. 11), Burke seeks to participate in all proceedings in this case,

including argument on Plaintiff's Motion for a Preliminary Injunction, and on the NLRB Defendants' Motion to Dismiss Complaint. It will serve the interests of judicial economy and the economy of the parties (particularly Burke, whose lead counsel is on the East Coast, in the Washington, D.C., area) to have these Motions heard contemporaneously.

    2.    For the same reasons set forth in the Stipulation between Plaintiff and the NLRB Defendants (Clerk's Docket No. 23), it would serve the interest of judicial economy and the economy of the parties for Prospective Defendant-Intervenor's Motion to Dismiss to be heard contemporaneously with the other pending Motions.

    WHEREFORE, Prospective Defendant-Intervenor Stephen J. Burke, Jr., respectfully requests that the Court issue an Order advancing the date for hearing on his Motion to Dismiss Complaint to Wednesday, 27 July 2007, at 9:00 a.m., and requiring that Plaintiff's Opposition be filed not later than 13 June 2007, and that Burke's Reply be filed not later than 20 June 2007.

DATED: 7 June 2007

    Respectfully submitted,

    /s/ W. James Young

W. JAMES YOUNG, Esq.
GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
(703) 321-8510
FACSIMILE — (703) 321-9319

SCOTT A. WILSON, Esq.
California Bar No. 073187
711 8th Avenue, Suite C
San Diego, California 92101
(619) 234-9011
FACSIMILE — (619) 234-5853

ATTORNEYS FOR PROSPECTIVE DEFENDANT-INTERVENOR

**CERTIFICATE OF SERVICE**

I, W. James Young, counsel for Prospective Defendant-Intervenor, hereby certify that I electronically filed with the Clerk of Court the foregoing **Prospective Defendant-Intervenor's Motion to Shorten Time and Set Hearing on His Motion to Dismiss Complaint,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 7th day of June, 2007.

                                                  /s/ W. James Young
                                                  W. JAMES YOUNG

H:\WP\California Cases\Burke.CA\Dismiss\ShortenTime.mot.wpd
Thursday, 7 June 2007, 16:35:5 PM