W. JAMES YOUNG, Esq.
GLENN M. TAUBMAN, Esq. (*Pro Hac Vice*)
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510
FACSIMILE — (703) 321-9319

SCOTT A. WILSON, Esq.
California Bar No. 073187
711 8th Avenue, Suite C
San Diego, California 92101
(619) 234-9011
FACSIMILE — (619) 234-5853

ATTORNEYS FOR DEFENDANT-INTERVENOR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 790,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH P. NORELLI, Individually, and in his capacity as REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, REGION 20; *et al.*,<br><br>    Defendants. | CASE NO. 3:07-cv-2766 PJH<br><br>**DECLARATION OF W. JAMES YOUNG, ESQ., IN SUPPORT OF PROSPECTIVE DEFENDANT-INTERVENOR'S REPLY TO MOTION FOR LEAVE TO INTERVENE AND MOTION TO SHORTEN TIME**<br><br>HEARING DATE: Wednesday, 11 July 2007<br>TIME:  9:00 a.m.<br>COURTROOM OF JUDGE HAMILTON, COURTROOM 3, 17TH FLOOR |

      Pursuant to Section 1746 of the Judicial Code, 28 U.S.C. § 1746, W. James Young, Esq. declares as follows:

      1.    My name is W. James Young, Esq.  I have first hand knowledge of all of the facts set forth herein, and if called to testify could do so competently.

      2.    I am admitted to practice before the Bar of this Court under the provisions of Local Rule 11-1(a), N.D.CAL., having been admitted to practice under an earlier version of the Local Rules on 6 December 1990.  I have prepared this Declaration in response to the multiple misrepresentations contained in the Declaration of David A. Rosenfeld (Clerk's Docket No. 25).

3. I am attorney for prospective Defendant-Intervenor Stephen J. Burke, Jr., in the above-referenced action. At no time have I ever represented Mr. Burke regarding any other matter, in this or any other forum.

4. Contrary to the misrepresentations of Mr. Rosenfeld's Declaration, ¶ 6, I am not "counsel for the National Right to Work Legal Defense Foundation, Inc." The Foundation is my employer. I do not represent it in this case, and the Foundation is neither a party to, nor does it seek in, this case. It is not an attorney, nor is it a law firm. It is, rather, a charitable legal aid organization pursuant to § 501(c)(3) of the Internal Revenue Code providing free legal aid to victims of compulsory unionism abuses. These facts are well known to Mr. Rosenfeld, as he frequently tries to make the Foundation an issue in cases in which his clients are violating the statutory and/or constitutional rights of employees who, as a result thereof, receive free legal aid provided by the Foundation.

5. Mr. Rosenfeld's second misrepresentation is his claim that "On June 4, 2007, [I] ... informed [Mr. Rosenfeld] via electronic mail that [I] did not intend to produce [my client] for ... deposition." Clerk's Docket No. 25, ¶ 8. Actually, as clearly shown on the printed version of my e-mail communication, attached to Mr. Rosenfeld's Declaration as Exhibit B, my response was dated and sent on 1 June 2007, at 9:05 p.m. [6:05 p.m., P.D.T.]. The time on the document represents Eastern Daylight Time. It was sent less than two hours after Mr. Rosenfeld sent his electronic copy of his Notice of Deposition, at approximately 7:21 p.m., E.D.T. [4:21, P.D.T.].

6. Mr. Rosenfeld's third misrepresentation is his claim that I "never responded to my letter" dated 4 June 2007. Clerk's Docket No. 25, ¶ 10. Actually, I responded to Mr. Rosenfeld's letter by e-mail on the same day, and a few hours later, as I spent the bulk of the day in Pittsburgh, defending three depositions. A printed version of my e-mail, of which a courtesy copy was sent to one other individual in Mr. Rosenfeld's firm, is attached hereto and incorporated herein as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11 June 2007.

                                                  /s/ W. James Young
                                                  W. JAMES YOUNG