ERIC G. MOSKOWITZ
NANCY E. KESSLER PLATT
DAWN L. GOLDSTEIN
National Labor Relations Board
1099 14th Street, NW, Suite 8600
Washington, DC 20570
Telephone: 202 273-2930
Facsimile: 202 273-1799
Email: Eric.Moskowitz@nlrb.gov
Email: Nancy.Platt@nlrb.gov
Email: Dawn.Goldstein@nlrb.gov

OLIVIA GARCIA
KATHLEEN C. SCHNEIDER, Bar No. 174058
NLRB, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103-1735
Telephone: 415 356-5130
Facsimile: 415 356-5156
Email: Olivia.Garcia@nlrb.gov
Email: Kathleen.Schneider@nlrb.gov

Counsel for Defendants Norelli, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, Local 790, | NATIONAL LABOR RELATIONS BOARD'S MOTION TO ADD COUNSEL OF RECORD |
| Plaintiff, | |
| | No. 07-cv-02766-PJH |
| v. | Date: |
| JOSEPH NORELLI, Regional Director of National Labor Relations Board, Region 20, et al., | Time: |
| | Judge: |
| Defendants. | Courtroom: |

1

NLRB'S MOTION TO ADD COUNSEL OF RECORD
– NO. 07-cv-02766-PJH

Defendant National Labor Relations Board hereby moves this Court to allow the addition of David B. Reeves as one of its counsel of record herein. Mr. Reeves is a member of the State Bar of California in good standing and has been admitted to practice before this Court since 1973.

          Respectfully submitted,

Dated: June 14, 2007

          ERIC G. MOSKOWITZ
          NANCY E. KESSLER PLATT
          DAWN L. GOLDSTEIN
          National Labor Relations Board
          1099 14th Street, NW
          Washington, DC 20570
          Tel: (202) 273-2930
          Fax: (202) 273-1799

          OLIVIA GARCIA
          KATHLEEN C. SCHNEIDER
          DAVID B. REEVES
          National Labor Relations Board – Region 20
          901 Market Street, Suite 400
          San Francisco, CA  94103
          Tel:  (415) 356-5151
          Fax:  (415) 356-5156


          By:____/s/ David B.Reeves_____
              David B. Reeves

IT IS SO ORDERED:


By: _____
    United States District Judge