UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  June 15, 2007

Case No.  C07-02766 PJH

Title:  **Service Employees International Union, Local 790 v. Joseph P. Norelli, et al**

Plaintiff Attorneys:   David A. Rosenfeld

Defense Attorneys:    David B. Reeves

Deputy Clerk:    Lili M. Harrell

Court Reporter:    Jim Yeomans

**PROCEEDINGS**

1)   Plaintiffs' Motion for Temporary Restraining Order - GRANTED

2)  

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**