ERIC G. MOSKOWITZ
NANCY E. KESSLER PLATT
DAWN L. GOLDSTEIN
National Labor Relations Board
1099 14th Street, NW, Suite 8600
Washington, DC  20570
Telephone:  202 273-2930
Facsimile:  202 273-1799
Email:  Eric.Moskowitz@nlrb.gov
Email:  Nancy.Platt@nlrb.gov
Email:  Dawn.Goldstein@nlrb.gov

OLIVIA GARCIA
KATHLEEN C. SCHNEIDER, Bar No. 174058
NLRB, Region 20
901 Market Street, Suite 400
San Francisco, CA  94103-1735
Telephone:  415 356-5130
Facsimile:  415 356-5156
Email:  Olivia.Garcia@nlrb.gov
Email:  Kathleen.Schneider@nlrb.gov

Counsel for Defendants Norelli, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, Local 790, <br><br>                Plaintiff, <br><br>            v. <br><br> JOSEPH NORELLI, Regional Director of National Labor Relations Board, Region 20, et al., <br><br>                Defendants. | NATIONAL LABOR RELATIONS BOARD'S MOTION TO ADD COUNSEL OF RECORD <br><br> No. 07-cv-02766-PJH <br><br> Date: <br><br> Time: <br><br> Judge: <br><br> Courtroom: |

1

NLRB's Motion to Add Counsel of Record
– No. 07-cv-02766-PJH

Defendant National Labor Relations Board hereby moves this Court to allow the addition of David B. Reeves as one of its counsel of record herein.  Mr. Reeves is a member of the State Bar of California in good standing and has been admitted to practice before this Court since 1973.

                                                 Respectfully submitted,

Dated: June 14, 2007

                      ERIC G. MOSKOWITZ
                      NANCY E. KESSLER PLATT
                      DAWN L. GOLDSTEIN
                      National Labor Relations Board
                      1099 14th Street, NW
                      Washington, DC 20570
                      Tel: (202) 273-2930
                      Fax: (202) 273-1799

                      OLIVIA GARCIA
                      KATHLEEN C. SCHNEIDER
                      DAVID B. REEVES
                      National Labor Relations Board – Region 20
                      901 Market Street, Suite 400
                      San Francisco, CA  94103
                      Tel:  (415) 356-5151
                      Fax:  (415) 356-5156


                      By:_____/s/ David B.Reeves_____
                            David B. Reeves

IT IS SO ORDERED:

By: _____      Dated: 6/18/2007
United States District Judge