UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** June 27, 2007      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2766 PJH
**Case Name:** Service Employees International Union, Local 790 v. Joseph P. Norelli, et al.

**Attorney(s) for Plaintiff:** Vincent A. Harrington
**Attorney(s) for Defendant:** Dawn L. Goldstein, Kathleen Schneider
Glenn M. Taubman (prospective intervenor)

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Juanita Gonzalez

**PROCEEDINGS**

Order to Show Cause Re: Preliminary Injunction-Held. The court denies the motion for preliminary injunction as stated on the record.

Stephen J. Burke's Motion to Intervene-GRANTED as stated on the record.

Stephen J. Burke's Motion to Dismiss-GRANTED as stated on the record.

Defendants' Motion to Dismiss-GRANTED as stated on the record.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file