UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 790

      Plaintiff,

      v.

JOSEPH P. NORELLI, et al.,

      Defendants.
_____/

No. C 07-2766 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss and the proposed intervenor's motion to intervene and motion to dismiss,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: June 29, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge